

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00293-CV

_____

SHERRI LYNN RUSSELL, Appellant

V.

ROBERT DANIEL RUSSELL, Appellee

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-651281-18

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION AND JUDGMENT

Sherri Lynn Russell appealed from the trial court's final divorce decree dissolving the marriage between her and Appellee Robert Daniel Russell. While the appeal was pending, the parties successfully mediated the case and entered into a mediated settlement agreement.

Robert filed an "Unopposed Motion to Dismiss with Prejudice," along with a copy of the mediated settlement agreement signed by the parties. *See* Tex. R. App. P. 42.1(a)(2)(A). In response, Sherri requested that we not dismiss the appeal until the trial court signed the amended final divorce decree. Shortly thereafter, Sherri wrote to us that she was unopposed to Robert's dismissal motion.

Accordingly, we grant Robert's dismissal motion and render judgment dismissing the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f). Each party must pay their own appellate costs. *See* Tex. R. App. P. 42.1(d), 43.4.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: March 30, 2023